IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-01932-RBJ-BNB

CENTURY SURETY COMPANY, an Ohio corporation,

    Plaintiff,

v.

ENVIRONMENTAL PROPERTY INVESTIGATIONS, INC.,
A Colorado corporation,
RONALD G. WEST,
MUSCANTO, LLC, a Colorado limited liability company, and
BONGIL HO,

    Defendants.

---

### MINUTE ORDER

---

Entered by Judge R. Brooke Jackson

    It is hereby ORDERED that the Unopposed Motion to Dismiss the Complaint with Prejudice (#51) is GRANTED. Each party to bear his or its own fees and costs.

    DATED this 14th day of November, 2011.